# United States District Court
# For The Western District of North Carolina
# Asheville Division

Mitchell Brent Rollins,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          1:12cv298

FNU Miller, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/17/2012 Order.

Signed: October 17, 2012

Frank G. Johns, Clerk
United States District Court